# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 178 WAL 2015
                                 :
                    Respondent   :
                                 :
                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
             v.                  :
                                 :
                                 :
                                 :
RONALD JAMES BAILEY,             :
                                 :
                    Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.